1 | RUBEN E. CASTILLO  S.B.N. 113694
MERCED COUNTY COUNSEL
2 | JAMES N. FINCHER  S.B.N. 196837
CHIEF CIVIL LITIGATOR
3 | 2222 M Street
Merced, CA  95340
4 | TEL:   (209) 385-7564
FAX:   (209) 726-1337

6 | Attorney for County of Merced, Gordon Spencer
Marc Bacciarini, and Merle Wayne Hutton

8 | SUPERIOR COURT OF THE STATE OF CALIFORNIA

9 | COUNTY OF MERCED

| | |
|---|---|
| TIFFANY FENTERS; DEBRA FENTERS; VIRGIL FENTERS, | Case No.  1:05-CV-01630-REC-DLB |
| Plaintiffs, | STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS GORDON SPENCER, MARK BACCIARINI, MERLE WAYNE HUTTON AND COUNTY OF MERCED TO RESPOND TO PLAINTIFFS' COMPLAINT |
| vs. | |
| YOSEMITE CHEVRON, ABBCO INVESTMENTS, LLC; ROBERT ABBATE; JAMES ABBATE; JOHN ABBATE; GORDON SPENCER, DISTRICT ATTORNEY FOR THE COUNTY OF MERCED; MARK BACCIARINI, DEPUTY DISTRICT ATTORNEY FOR THE COUNTY OF MERCED, MERLE WAYNE HUTTON, SUPERVISING INVESTIGATOR FOR THE COUNTY OF MERCED, THE COUNTY OF MERCED CALIFORNIA, VICTOR K. FUNG, CPA; ERIN M. McILHATTON, CPA; CASSABON & ASSOCIATES; DOES 1-10, | Complaint Filed:  December 23, 2005 |
| Defendants. | |

TO THE HONORABLE COURT

   Plaintiffs, Tiffany Fenters, Debra Fenters and Virgil Fenters, and defendants, Gordon Spencer, Mark Bacciarini, Merle Wayne Hutton and County of Merced hereby stipulate, by

Merced County Counsel
2222 M Street
Merced, CA 95340
(209) 385-7564

1

Stipulation and Proposed Order to Extend                    1:05-CV-01630-REC-DLB
Time for Defendants to File and Serve Response
To Plaintiffs' Complaint

and through their undersigned counsel of record, to request and hereby request, that this court grant these stipulating defendants until February 24, 2006, to serve responsive pleadings to the plaintiffs' complaint.

Dated: January 17, 2006                                          RUBEN E. CASTILLO
                                                                 MERCED COUNTY COUNSEL


                                                        By:  /s/ James N. Fincher_____
                                                             James N. Fincher,
                                                             Chief Civil Litigator, Attorney
                                                             for defendants, Gordon Spencer,
                                                             Marc Bacciarini, Merle Wayne Hutton
                                                             and County of Merced


Dated: January 17, 2006                                          KEVIN G. LITTLE


                                                        By: /s/ Kevin G. Little_____
                                                             Attorney for plaintiffs Tiffany Fenters,
                                                             Debra Fenters and Virgil Fenters

ORDER

   The parties having stipulated, and pursuant to the Stipulation hereinabove, defendants, Gordon Spencer, Marc Bacciarini, Merle Wayne Hutton, and County of Merced are hereby granted an extension to file and serve responsive pleadings to the plaintiff's complaint until February 24, 2006.


Dated:  January 23, 2006                        ___/s/ Dennis L. Beck_____
                                                U.S. Magistrate Judge

Merced County Counsel
2222 M Street
Merced, CA 95340
(209) 385-7564

2

Stipulation and Proposed Order to Extend                         1:05-CV-01630-REC-DLB
Time for Defendants to File and Serve Response
To Plaintiffs' Complaint