Cathy L. Arias, CASB# 141989
Claudia Leed, CASB# 122676
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 11th Floor
Oakland, California  94612
Telephone:     (510) 444-6800
Facsimile:      (510) 835-6666
Email:            carias@burnhambrown.com
                     cleed@burnhambrown.com

Attorneys for Defendants
**YOSEMITE CHEVRON, ABBCO INVESTMENTS, LLC,
ROBERT ABBATE, JAMES ABBATE AND JOHN ABBATE**
JAMES ABBATE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY FENTERS; DEBRA FENTERS; VIERGIL FENTERS,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>YOSEMITE CHEVRON; ABBCO INVESTMENTS, LLC; ROBERT ABBATE; JAMES ABBATE; JOHN ABBATE; GORDON SPENCER, DISTRICT ATTORNEY FOR THE COUNTY OF MERCED; MARK BACCIARINI, DEPUTY DISTRICT ATTORNEY FOR THE COUNTY OF MERCED; MERLE WAYNE HUTTON, SUPERVISING INVESTIGATOR FOR THE OFFICE OF THE DISTRICT ATTORNEY FOR THE COUNTY OF MERCED; THE COUNTY OF MERCED, CALIFORNIA; VICTOR K. FUNG, CPA; ERIN M. McILHATTON, CPA; CASSABON & ASSOCIATES, DOES 1 through 10,<br><br>　　　　　Defendants. | No. **1: 05 CV 01630 REC DLB**<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS YOSEMITE CHEVRON, ABBCO INVESTMENTS, LLC, ROBERT ABBATE, JAMES ABBATE AND JOHN ABBATE TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>**Complaint Filed:  December 23, 2005** |

///

STIPULATION AND PROPOSED ORDER TO EXTEND
TIME FOR DEFENDANTS TO FILE AND SERVE
RESPONSE TO PLAINTIFFS' COMPLAINT            1            1:05-CV-01630-REC-DLB

The plaintiffs TIFFANY FENTERS, DEBRA FENTERS and VIRGIL FENTERS and defendants YOSEMITE CHEVRON, ABBCO INVESTMENTS, LLC, ROBERT ABBATE, JAMES ABBATE AND JOHN ABBATE hereby stipulate by and through their undersigned counsel of record, to request that this court grant the above listed Defendants until February 24, 2006 to file and serve responsive pleadings to the plaintiffs' complaint.

DATED: January 18, 2006      BURNHAM BROWN

/s/      Claudia Leed
CLAUDIA LEED
Attorneys for Defendants
YOSEMITE CHEVRON, ABBCO INVESTMENTS, LLC, ROBERT ABBATE, JAMES ABBATE and JOHN ABBATE

DATED: January 17, 2006      KEVIN G. LITTLE

/s/      Kevin G. Little
KEVIN G. LITTLE
Attorneys for Plaintiffs TIFFANY FENTERS, DEBRA FENTERS and VIRGIL FENTERS

**ORDER**

Pursuant to the Stipulation of the parties the defendants YOSEMITE CHEVRON, ABBCO INVESTMENTS, LLC, ROBERT ABBATE, JAMES ABBATE and JOHN ABBATE are hereby granted an extension to file and serve responsive pleadings to the plaintiffs' complaint until February 24, 2006.

DATED: January 23, 2006           /s/ Dennis L. Beck
                                  U.S. MAGISTRATE JUDGE

732167

STIPULATION AND PROPOSED ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE AND SERVE RESPONSE TO PLAINTIFFS' COMPLAINT        2        1:05-CV-01630-REC-DLB