1  **BETTS & WRIGHT, A Professional Corporation**
   Attorneys at Law
2  P.O. Box 28550
   Fresno, California 93729-8550
3  Telephone: (559) 438-8500
   Facsimile:  (559) 438-6959
4
   James B. Betts (State Bar #110222)
5  Joseph D. Rubin (State Bar #149920)

6  Attorneys for Defendants VICTOR FUNG; CASSABON & ASSOCIATES, LLP; ERIN MCILHATTON
7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| TIFFANY FENTERS; DEBRA FENTERS; VIRGIL FENTERS, <br><br> Plaintiffs, <br><br> v. <br><br> YOSEMITE CHEVRON; ABBCO INVESTMENTS, LLC; ROBERT ABBATE; JAMES ABBATE; JOHN ABBATE; GORDON SPENCER, DISTRICT ATTORNEY FOR THE COUNTY OF MERCED; MARK BACCIARINI, DEPUTY DISTRICT ATTORNEY FOR THE COUNTY OF MERCED; MERLE WAYNE HUTTON, SUPERVISING INVESTIGATOR FOR THE OFFICE OF THE DISTRICT ATTORNEY FOR THE COUNTY OF MERCED; THE COUNTY OF MERCED, CALIFORNIA; VICTOR K. FUNG, CPA; ERIN M. MCILHATTON, CPA; CASSABON & ASSOCIATES; DOES 1-10, <br><br> Defendants. | Case No. CV-F-05-01630 REC/DLB <br><br> STIPULATION TO EXTEND FILING DATE FOR RESPONSE TO THE COMPLAINT PURSUANT TO UNITED STATES DISTRICT COURT (EASTERN DISTRICT) LOCAL RULES, RULE 6-142 |

         The parties, through their counsel of record, hereby stipulate as follows:

         1.     Plaintiffs filed a lawsuit naming Defendants Victor Fung, Erin McIlhatton and Cassabon & Associates, LLP in this matter.

*////*

1	2.	The named Defendants have requested an opportunity to tender these
2	claims to their insurance carriers and/or other parties.
3	3.	As a result, the parties have agreed to extend Defendants' time in which
4	to file a responsive pleading until February 24, 2006.

Dated: January 25, 2006		/S/ Kevin G. Little
					Kevin G. Little
					Attorney for Plaintiffs
					TIFFANY FENTERS; DEBRA FENTERS;
					VIRGIL FENTERS

Dated: January 25, 2006		BETTS & WRIGHT


					By /S/ Joseph D. Rubin
					Joseph D. Rubin
					Attorneys for Defendants
					VICTOR FUNG; CASSABON & ASSOCIATES,
					LLP; ERIN MCILHATTON

IT IS SO ORDERED.

Dated: **January 28, 2006**		**/s/ Dennis L. Beck**
3b142a					UNITED STATES MAGISTRATE JUDGE

- 2 -