IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY FENTERS, et al.,<br><br>             Plaintiff,<br><br>       vs.<br><br>YOSEMITE CHEVRON, et al.,<br><br>             Defendant. | No. CV-F-05-1630 REC/DLB<br><br>ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR EXTENSION OF TIME (Doc. 45), CONTINUING ORAL ARGUMENT ON MOTIONS TO DISMISS FROM APRIL 10, 2006 TO MONDAY, JUNE 26, 2006 AT 1:30 P.M., AND SETTING BRIEFING SCHEDULE |

   Good cause being shown, plaintiffs' Ex Parte Application for an extension of time to respond to the motions to dismiss filed by defendants and to continue oral argument is hereby granted.

   Oral argument on the motions to dismiss is continued from April 10, 2006 to Monday, June 26, 2006 at 1:30 p.m.

   Plaintiffs' oppositions to the motions to dismiss shall be filed on or before May 29, 2006.  Defendants' replies, if any, shall be filed on or before June 12, 2006.

   No further extensions of time to respond to the motions to

1

dismiss will be granted except upon the strongest showing of good cause.

IT IS SO ORDERED.

**Dated: March 29, 2006**                              /s/ Robert E. Coyle
668554                                                 UNITED STATES DISTRICT JUDGE