**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

* * *

| | |
|---|---|
| TIFFANY FENTERS; DEBRA FENTERS; VIRGIL FENTERS,<br><br>    Plaintiffs,<br><br>    v.<br><br>YOSEMITE CHEVRON; ABBCO INVESTMENTS, LLC; ROBERT ABBATE; JAMES ABBATE; JOHN ABBATE; GORDON SPENCER, DISTRICT ATTORNEY FOR THE COUNTY OF MERCED; MARK BACCIARINI, DEPUTY DISTRICT ATTORNEY FOR THE COUNTY OF MERCED; MERLE WAYNE HUTTON, SUPERVISING INVESTIGATOR FOR THE OFFICE OF THE DISTRICT ATTORNEY FOR THE COUNTY OF MERCED; THE COUNTY OF MERCED, CALIFORNIA; VICTOR K. FUNG, CPA; ERIN M. McILHATTON, CPA; CASSABON & ASSOCIATES; DOES 1-10,<br><br>    Defendants.<br>_____ | Case No.  CV-F-05-1630 OWW DLB<br><br>ORDER RE: PLAINTIFFS' *EX PARTE* APPLICATION |

---

ORDER RE: PLAINTIFFS' *EX PARTE* APPLICATION

This matter is before the Court on plaintiffs' *ex parte* application for an additional extension of time to file an opposition to the defendants' pending motions to dismiss and for a concomitant continuance of the hearing date.

Good cause appearing, the Court hereby orders as follows:

1. The time for filing the plaintiffs' opposition is hereby extended to **June 20, 2006.**

2. The moving parties' replies are due on **June 27, 2006**.

3. The hearing is continued to **June 30, 2006 at 10:00 a.m**.

No further extensions of the opposition due date will be granted.

IT IS SO ORDERED.

IT IS SO ORDERED.

**Dated:   June 8, 2006**                                     /s/ Oliver W. Wanger
emm0d6                                                              UNITED STATES DISTRICT JUDGE