**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

* * *

|  |  |
|---|---|
| TIFFANY FENTERS,<br><br>    Plaintiff,<br><br>    v.<br><br>YOSEMITE CHEVRON; ABBCO INVESTMENTS, LLC; ROBERT ABBATE; GORDON SPENCER, FORMER DISTRICT ATTORNEY FOR THE COUNTY OF MERCED; MERLE WAYNE HUTTON, SUPERVISING INVESTIGATOR FOR THE OFFICE OF THE DISTRICT ATTORNEY FOR THE COUNTY OF MERCED; THE COUNTY OF MERCED, CALIFORNIA; VICTOR K. FUNG, CPA; ERIN M. McILHATTON, CPA; CASSABON & ASSOCIATES; DOES 1-10,<br><br>    Defendants. | Case No.  CV-F-05-1630 OWW DLB<br><br>ORDER RE: PLAINTIFF'S<br>*EX PARTE* APPLICATION |

This matter came on for a telephonic hearing on October 5, 2006 on plaintiff Tiffany Fenters' *ex parte* application for an extension of time to oppose the motions to dismiss respectively filed by defendants Robert Abbate, Yosemite Chevron, Abbco Investments, LLC,

---

ORDER RE: PLAINTIFF'S *EX PARTE* APPLICATION

and defendants Victor K. Fung, Erin M. McIlhatton, and Cassabon & Associates.

Upon consideration of the submissions and arguments of the parties, the Court hereby Orders as follows:

1. The current October 16, 2006 hearing date is vacated and a new hearing date of November 6, 2006 is set. The hearing will take place at 11:00 a.m.

2. Plaintiff is given to and until October 16, 2006 to oppose the subject motions.

3. The moving defendants will have to and until October 23, 2006 to file any replies.

4. No further applications for extensions of time will be considered.

5. Defendants request for sanctions is denied.

IT IS SO ORDERED.

IT IS SO ORDERED.

**Dated:   October 11, 2006**                        **/s/ Oliver W. Wanger**
emm0d6                                                              UNITED STATES DISTRICT JUDGE