| | |
|---|---|
| James J. Arendt, Esq. | Bar No. 142937 |
| Michael R. Linden, Esq. | Bar No. 192485 |

THE LAW FIRM OF
WEAKLEY, RATLIFF,
ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California 93710

Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, County of Merced, Gordon Spencer, and Merle Wayne Hutton

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TIFFANY FENTERS | CASE NO. 1:05-CV-01630 OWW DLB |
| Plaintiffs | **STIPULATION AND ORDER** |
| vs. | |
| YOSEMITE CHEVRON, ABBCO INVESTMENTS, LLC; ROBERT ABBATE; GORDON SPENCER, DISTRICT ATTORNEY FOR THE COUNTY OF MERCED; MERLE WAYNE HUTTON, SUPERVISING INVESTIGATOR FOR THE COUNTY OF MERCED, THE COUNTY OF MERCED, CALIFORNIA, VICTOR K. FUNG, CPA; ERIN M. McILHATTON, CPA; CASSABON & ASSOCIATES; DOES 1-10, | Complaint Filed: December 23, 2005<br>Trial Date:   April 1, 2008 |
| Defendants. | |

THE PARTIES, through their respective counsel, have stipulated to extend the following deadlines:

| | |
|---|---|
| Designation of Expert Witnesses | November 16, 2007 |
| Designation of Supplemental Expert Witnesses | December 7, 2007 |
| Expert Discovery Deadline | December 21, 2007 |

///

///

---
Stipulation and Order - Expert Designation

1       Respectfully submitted,

3   DATED: September 13, 2007

4                         WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

6                         By:   /s/  James J. Arendt
                           James J. Arendt
                           Attorneys for Defendants, County of Merced, Gordon Spencer and Wayne Hutton

8   DATED: September 13, 2007

9                         BURNHAM BROWN

11                         By:   /s/  Andrew Shalauta
                           Andrew Shalauta
                           Attorneys for Defendants, Yosemite Chevron, Abbco Investments, LLC, and Robert Abbate

13   DATED: September 13, 2007

15                         BETTS & WRIGHT

17                         By:   /s/  Joseph D. Rubin
                           Joseph D. Rubin
                           Attorneys for Defendants, Victor Fung, Cassabon & Associates, LLP, and Erin McIlhatton

19   DATED: September 13, 2007

21                         By:   /s/  Kevin G. Little
                           Kevin G. Little
                           Attorneys for Plaintiff Tiffany Fenters

**ORDER**

IT IS SO ORDERED.

**Dated:   September 13, 2007**          **/s/ Dennis L. Beck**
                                         UNITED STATES MAGISTRATE JUDGE

---

Stipulation and Order - Expert Designation         2