1 | **BETTS & WRIGHT, A Professional Corporation**
Attorneys at Law
2 | P.O. Box 28550
Fresno, California 93729-8550
3 | Telephone: (559) 438-8500
Facsimile:  (559) 438-6959
4 |
James B. Betts (State Bar #110222)
5 | Joseph D. Rubin (State Bar #149920)

6 | Attorneys for Defendants VICTOR FUNG; CASSABON & ASSOCIATES, LLP; ERIN
MCILHATTON
7 |

8 |                        UNITED STATES DISTRICT COURT
9 |                        EASTERN DISTRICT OF CALIFORNIA
10 |

11 | TIFFANY FENTERS; DEBRA FENTERS;   )   Case No. CV-F-05-01630 REC/DLB
     VIRGIL FENTERS,                   )
12 |                                    )
                         Plaintiffs,   )   STIPULATION OF DISMISSAL RE
13 |                                    )   DEFENDANT ERIN MCILHATTON
             v.                        )
14 |                                    )
     YOSEMITE CHEVRON; ABBCO           )
15 | INVESTMENTS, LLC; ROBERT ABBATE;  )
     JAMES ABBATE; JOHN ABBATE;        )
16 | GORDON SPENCER, DISTRICT          )
     ATTORNEY FOR THE COUNTY OF        )
17 | MERCED; MARK BACCIARINI, DEPUTY   )
     DISTRICT ATTORNEY FOR THE         )
18 | COUNTY OF MERCED; MERLE WAYNE     )
     HUTTON, SUPERVISING               )
19 | INVESTIGATOR FOR THE OFFICE OF    )
     THE DISTRICT ATTORNEY FOR THE     )
20 | COUNTY OF MERCED; THE COUNTY      )
     OF MERCED, CALIFORNIA; VICTOR K.  )
21 | FUNG, CPA; ERIN M. MCILHATTON,    )
     CPA; CASSABON & ASSOCIATES;       )
22 | DOES 1-10,                        )
                                       )
23 |                        Defendants. )
                                       )
24 | _____)

TO THE HONORABLE COURT:
25 |
             IT IS HEREBY STIPULATED among the signatory parties that defendant Erin
26 |
McIlhatton shall be dismissed with prejudice as to the various claims against him in
27 |

28 |

1   this action.  Each of the signatory parties will bear his or her own costs and fees with

2   respect to the claims dismissed pursuant hereto.

3

4

Dated:   October 9, 2007          /S/ Kevin G. Little

5                                                     Kevin G. Little
                                               Attorney for Plaintiff
6                                              TIFFANY FENTERS

7

Dated:   October 9, 2007          BETTS & WRIGHT

8

9

                                               By /S/ Joseph D. Rubin

10                                                    Joseph D. Rubin
                                               Attorneys for Defendants
11                                             VICTOR FUNG; CASSABON & ASSOCIATES,
                                               LLP; ERIN MCILHATTON
12

13                                             **ORDER**

14   IT IS SO ORDERED.

15   **Dated:    October 9, 2007**                  **/s/ Oliver W. Wanger**
                                               UNITED STATES DISTRICT JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28