James J. Arendt, Esq.        State Bar No. 141989
Michael R. Linden, Esq.,     State Bar No. 192485

The Law Firm of
WEAKLEY, RATCLIFF,
ARENDT & MCGUIRE, LLP
---
1630 East Shaw Avenue, Suite 176
Fresno, California  93710

Telephone:   (559)221-5256
Facsimile:   (559) 221-5262

Attorneys for Defendants, County of Merced, Gordon Spencer, and Merle Wayne Hutton

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY FENTERS;<br><br>　　　　Plaintiffs,<br><br>v.<br><br>YOSEMITE CHEVRON; ABBCO INVESTMENTS, LLC; ROBERT ABBATE; JAMES ABBATE; JOHN ABBATE; GORDON SPENCER, DISTRICT ATTORNEY FOR THE COUNTY OF MERCED;; MERLE WAYNE HUTTON, SUPERVISING INVESTIGATOR FOR THE COUNTY OF MERCED; THE COUNTY OF MERCED, CALIFORNIA; VICTOR K. FUNG, CPA; ERIN M. McILHATTON, CPA; CASSABON & ASSOCIATES, DOES 1 through 10,<br><br>　　　　Defendants. | No.  1: 05 CV 01630-OWW-DLB<br><br>**STIPULATION AND ORDER**<br><br>Complaint Filed: December 23, 2005<br>Trial Date:　　　April 1, 2008 |

THE PARTIES, through their respective counsel, have stipulated to extend the following deadlines:

| | |
|---|---|
| Non-Expert Discovery Deadline | December 7, 2007 |
| Dispositive Motion Filing Deadline | December 21, 2007 |

///

1  Respectfully submitted,

2  DATED: October 9, 2007                  WEAKLEY, RATCLIFF, ARENDT &
                                            MCCLURE, LLP
3

4                                           By: /s/ James J. Arendt
                                            James J. Arendt
5                                           Attorneys for Defendants, County of Merced,
                                            Gordon Spencer, and Merle Wayne Hutton
6

7  DATED: October 9, 2007                  BURNHAM BROWN

8

9                                           By: /s/ Andrew R. Shalauta
                                            Andrew R. Shalauta
10                                          Attorneys for Defendants, Yosemite Chevron,
                                            Abbco Investments, LLC, and Robert Abbate

11 DATED: October 9, 2007                  BETTS & WRIGHT

12

13                                          By: /s/ Joseph D. Rubin
                                            Joseph D. Rubin
14                                          Attorneys for Defendants, Victor Fung, Cassabon
                                            & Associates, LLP, and Erin McIlhatton
15

16 DATED: October 9, 2007

17
                                            By: /s/ Kevin G. Little
18                                          Kevin G. Little
                                            Attorneys for Plaintiff Tiffany Fenters
19
   **ORDER**
20
   **IT IS SO ORDERD.**
21
   DATED: October 9, 2007
22
                                            /s/ *Dennis L. Beck*
23                                          Honorable Dennis L. Beck
                                            United States Magistrate Judge
24

25 827247

26

27

28