James J. Arendt, Esq.          Bar No. 142937
Michael R. Linden, Esq.        Bar No. 192485
    THE LAW FIRM OF
    WEAKLEY, RATLIFF,
    ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California   93710

Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, County of Merced, Gordon Spencer,
and Merle Wayne Hutton

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TIFFANY FENTERS<br><br>    Plaintiffs<br><br>vs.<br><br>YOSEMITE CHEVRON, ABBCO INVESTMENTS, LLC; ROBERT ABBATE; GORDON SPENCER, DISTRICT ATTORNEY FOR THE COUNTY OF MERCED; MERLE WAYNE HUTTON, SUPERVISING INVESTIGATOR FOR THE COUNTY OF MERCED, THE COUNTY OF MERCED, CALIFORNIA, VICTOR K. FUNG, CPA; ERIN M. McILHATTON, CPA; CASSABON & ASSOCIATES; DOES 1-10,<br><br>    Defendants. | CASE NO.  1:05-CV-01630 OWW DLB<br><br>**EX PARTE APPLICATION FOR LEAVE OF COURT TO FILE POINTS AND AUTHORITIES IN EXCESS OF TWENTY-FIVE PAGES IN LENGTH**<br>**[FRCP 56; Local Rule 56-260]**<br><br>Complaint Filed: December 23, 2005<br>Trial Date: April 1, 2008 |

Defendants, COUNTY OF MERCED, GORDON SPENCER and MERLE WAYNE HUTTON   (hereinafter "defendant COUNTY"), respectfully request leave of court to file a memorandum of points and authorities in excess of twenty-five (25) pages in length.

Defendant COUNTY intends to file a motion for summary judgment, or alternatively, summary adjudication.  Because of the complexity of the facts and legal issues it would be difficult for defendant COUNTY to prepare points and authorities of less than 25 pages.  Defendant

///

///

---

Ex Parte Application - Leave to File Brief
In Excess of 25 Page Limit

1  COUNTY therefore requests leave to file a memorandum of points and authorities of up to 30 pages.

DATED: December 18, 2007

WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

By:   /s/   James J. Arendt
James J. Arendt
Attorney for Defendants
County of Merced, Gordon Spencer,
and Merle Wayne Hutton

**ORDER**

Defendant COUNTY's request to file a memorandum of points and authorities up to 30 pages, in support of its motion for summary judgment, or alternatively, summary adjudication, is granted.

IT IS SO ORDERED.

Dated:   **December 18, 2007**                   **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE