Cathy L. Arias, California State Bar No. 141989
Andrew R. Shalauta, California State Bar No. 186821
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 11th Floor
Oakland, California  94612
Telephone:	(510) 444-6800
Facsimile:	(510) 835-6666
Email:	carias@burnhambrown.com
	ashalauta@burnhambrown.com

Attorneys for Defendants
YOSEMITE CHEVRON, ABBCO INVESTMENTS, LLC,
and ROBERT ABBATE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY FENTERS,<br><br>                Plaintiff,<br><br>v.<br><br>YOSEMITE CHEVRON; ABBCO INVESTMENTS, LLC; ROBERT ABBATE; GORDON SPENCER, FORMER DISTRICT ATTORNEY FOR THE COUNTY OF MERCED; MERLE WAYNE HUTTON, SUPERVISING INVESTIGATOR FOR THE OFFICE OF THE DISTRICT ATTORNEY FOR THE COUNTY OF MERCED; THE COUNTY OF MERCED, CALIFORNIA; VICTOR K. FUNG, CPA; CASSABON & ASSOCIATES, DOES 1 through 10,<br><br>                Defendants. | No.  CV-F-05-01630-OWW-DLB<br><br>**EX PARTE APPLICATION FOR LEAVE OF COURT FOR ABBATE DEFENDANTS TO FILE POINTS AND AUTHORITIES IN EXCESS OF TWENTY-FIVE PAGES IN LENGTH [FRCP 56; Local rule 56-260]**<br><br>Complaint Filed:  December 23, 2005 |

Defendants ROBERT ABBATE, YOSEMITE CHEVRON, and ABBCO INVESTMENTS, LLC, (the "Abbate Defendants") respectfully request leave of Court to file a Memorandum of Points and Authorities in excess of twenty-five (25) pages in length.

The Abbate Defendants intend to file a Motion for Summary Judgment, or Alternatively, for Partial Summary Judgment.  Because of the complexity of the facts and legal issues it would

| EX PARTE APPLICATION FOR LEAVE OF COURT FOR ABBATE DEFENDANTS TO FILE POINTS AND AUTHORITIES IN EXCESS OF TWENTY-FIVE PAGES IN LENGTH | 1 | CV-F-05-CV-01630-OWW-DLB |

PDF created with pdfFactory trial version www.pdffactory.com

be difficult for defendants to prepare Points and Authorities of less than 25 pages.  The Abbate Defendants therefore request leave to file a Memorandum of Points and Authorities of up to thirty (30) pages.

DATED:  December 18, 2007        BURNHAM BROWN

By  /s/ Andrew R. Shalauta
   ANDREW R. SHALAUTA
Attorneys for Defendants
   ROBERT ABBATE, YOSEMITE
   CHEVRON, and ABBCO
   INVESTMENTS, LLC,

## ORDER

The Abbate Defendants' request to file a Memorandum of Points and Authorities up to thirty (30) pages, in support of their Motion for Summary Judgment, or Alternatively, for Partial Summary Judgment, is granted.

**IT IS SO ORDERED.**

Dated:  December 20, 2007.

   _/s/ OLIVER W. WANGER
Honorable Oliver W. Wanger
United States District Court Judge

838363

EX PARTE APPLICATION FOR LEAVE OF COURT FOR ABBATE DEFENDANTS TO FILE POINTS AND AUTHORITIES IN EXCESS OF TWENTY-FIVE PAGES IN LENGTH     2     CV-F-05-CV-01630-OWW-DLB

PDF created with pdfFactory trial version www.pdffactory.com