| | |
|---|---|
| James J. Arendt, Esq. | Bar No. 142937 |
| Michael R. Linden, Esq. | Bar No. 192485 |

THE LAW FIRM OF
WEAKLEY, RATLIFF,
ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California 93710

Telephone: (559) 221-5256
Facsimile: (559) 221-5262

Attorneys for Defendants, County of Merced, Gordon Spencer,
and Merle Wayne Hutton

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY FENTERS | CASE NO. 1:05-CV-01630 OWW DLB |
| Plaintiffs | **STIPULATION AND ORDER** |
| vs. | |
| YOSEMITE CHEVRON, ABBCO INVESTMENTS, LLC; ROBERT ABBATE; GORDON SPENCER, DISTRICT ATTORNEY FOR THE COUNTY OF MERCED; MERLE WAYNE HUTTON, SUPERVISING INVESTIGATOR FOR THE COUNTY OF MERCED, THE COUNTY OF MERCED, CALIFORNIA, VICTOR K. FUNG, CPA; ERIN M. McILHATTON, CPA; CASSABON & ASSOCIATES; DOES 1-10, | Complaint Filed: December 23, 2005<br>Trial Date: April 1, 2008 |
| Defendants. | |

THE PARTIES, through their respective counsel, have stipulated to extend the following deadlines:

Expert Discovery Deadline (For purposes of depositions       January 18, 2008
of Manuel Canga, M.D., and Phillip H. Beck, M.D. only)

///

///

///

---

Stipulation and Order

1
2      Respectfully submitted,
3   DATED: December 21, 2007
4
                                              WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP
5
6
                                              By:   /s/  James J. Arendt
7                                             James J. Arendt
                                              Attorneys for Defendants, County of Merced, Gordon
8                                             Spencer and Wayne Hutton
9   DATED: December 21, 2007
10                                            BURNHAM BROWN
11
12                                            By:   /s/  Andrew Shalauta
                                              Andrew Shalauta
13                                            Attorneys for Defendants, Yosemite Chevron, Abbco
                                              Investments, LLC, and Robert Abbate
14
    DATED: December 21, 2007
15
                                              BETTS & WRIGHT
16
17
                                              By:   /s/  Joseph D. Rubin
18                                            Joseph D. Rubin
                                              Attorneys for Defendants, Victor Fung, Cassabon &
19                                            Associates, LLP, and Erin McIlhatton
20  DATED: December 21, 2007
21
22                                            By:   /s/  Kevin G. Little
                                              Kevin G. Little
23                                            Attorneys for Plaintiff Tiffany Fenters
24                                            **ORDER**
25      IT IS SO ORDERED.
26      **Dated:   January 3, 2008**                    /s/ **Dennis L. Beck**
                                                    UNITED STATES MAGISTRATE JUDGE
27
28

Stipulation and Order                              2