James J. Arendt, Esq.        Bar No. 142937
Michael R. Linden, Esq.      Bar No. 192485
  THE LAW FIRM OF
  WEAKLEY, RATLIFF,
  ARENDT & McGUIRE, LLP
  1630 East Shaw Avenue, Suite 176
  Fresno, California  93710

  Telephone: (559) 221-5256
  Facsimile:  (559) 221-5262

Attorneys for Defendants, County of Merced, Gordon Spencer,
and Merle Wayne Hutton

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY FENTERS | CASE NO.  1:05-CV-01630 OWW DLB |
| Plaintiffs | **STIPULATION AND ORDER** |
| vs. | |
| YOSEMITE CHEVRON, ABBCO INVESTMENTS, LLC; ROBERT ABBATE; GORDON SPENCER, DISTRICT ATTORNEY FOR THE COUNTY OF MERCED; MERLE WAYNE HUTTON, SUPERVISING INVESTIGATOR FOR THE COUNTY OF MERCED, THE COUNTY OF MERCED, CALIFORNIA, VICTOR K. FUNG, CPA; ERIN M. McILHATTON, CPA; CASSABON & ASSOCIATES; DOES 1-10, | Complaint Filed: December 23, 2005
Trial Date:   April 1, 2008 |
| Defendants. | |

THE PARTIES, through their respective counsel, have stipulated to extend the following deadlines:

Expert Discovery Deadline (For purposes of deposition          February 29, 2008
of Manuel Canga, M..D. only)

///

///

///

---
Stipulation and Order

Respectfully submitted,

DATED: January 15, 2008

        WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

By:   /s/  James J. Arendt
James J. Arendt
Attorneys for Defendants, County of Merced, Gordon Spencer and Wayne Hutton

DATED: January 15, 2008

BURNHAM BROWN

By:   /s/  Andrew Shalauta
Andrew Shalauta
Attorneys for Defendants, Yosemite Chevron, Abbco Investments, LLC, and Robert Abbate

DATED: January 15, 2008

BETTS & WRIGHT

By:   /s/  Joseph D. Rubin
Joseph D. Rubin
Attorneys for Defendants, Victor Fung, Cassabon & Associates, LLP, and Erin McIlhatton

DATED: January 15, 2008

By:   /s/  Kevin G. Little
Kevin G. Little
Attorneys for Plaintiff Tiffany Fenters

**ORDER**

IT IS SO ORDERED.

Dated: **January 17, 2008**       **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

Stipulation and Order     2