KEVIN G. LITTLE, SBN 149818
ATTORNEY AT LAW
2339 Kern Street, No. 330
Fresno, California 93721
Telephone: (559) 708-4750
E-mail: kevinglittle@yahoo.com

Attorney for Plaintiff Tiffany Fenters

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

* * *

| | |
|---|---|
| TIFFANY FENTERS, ) | Case No. CV-F-05-1630 OWW DLB |
| ) | |
| Plaintiffs, ) | PROPOSED ORDER RE: APPLICATION |
| ) | FOR ADDITIONAL TIME TO OPPOSE |
| v. ) | SUMMARY JUDGMENT MOTIONS |
| ) | AND RELATED CONTINUANCE OF |
| YOSEMITE CHEVRON; ABBCO ) | HEARING DATES |
| INVESTMENTS, LLC; ROBERT ; ) | |
| ABBATE; GORDON SPENCER, ) | |
| FORMER DISTRICT ATTORNEY FOR ) | |
| THE COUNTY OF MERCED; MERLE ) | |
| WAYNE HUTTON, SUPERVISING ) | |
| INVESTIGATOR FOR THE OFFICE ) | |
| OF THE DISTRICT, ATTORNEY FOR ) | |
| THE COUNTY OF MERCED; THE ) | |
| COUNTY OF MERCED, CALIFORNIA; ) | |
| VICTOR K. FUNG, CPA; ERIN M. ) | |
| McILHATTON, CPA; CASSABON & ) | |
| ASSOCIATES; DOES 1-10, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

    The Ex Parte Application for Continuance of Hearing Date for Pending Summary Judgment Motions, and for Related Necessary Relief, of plaintiff TIFFANY FENTERS (hereinafter "Plaintiff") came for a hearing before The Honorable Oliver W. Wanger on January 4, 2008, at 2:00 p.m.

    After full consideration of the moving and opposition papers, as well as oral argument

---

PROPOSED ORDER

from counsel, and good cause appearing therefore, it is hereby ordered as follows:

  Plaintiff's Application is GRANTED.

  The following schedule shall govern the further handling of Defendants' pending Motion for Summary Judgment by the parties:

  Plaintiff's Opposition to said motion is to be filed on or before April 18, 2008.  No further extensions of time will be granted.

  Defendants' Reply to Plaintiffs' Opposition is to be filed on or before May 2, 2008.

  The hearing for Defendants' Motion for Summary Judgment will take place May 12, 2008, at 10:00 a.m., in Courtroom 3.

  The current pre-trial and trial dates, pursuant to the operative scheduling order, are hereby vacated.

IT IS SO ORDERED.

**Dated:   March 5, 2008**         /s/ Oliver W. Wanger
                   UNITED STATES DISTRICT JUDGE