KEVIN G. LITTLE, SBN 149818
ATTORNEY AT LAW
2339 Kern Street, No. 330
Fresno, California 93721
Telephone: (559) 708-4750
E-mail: kevinglittle@yahoo.com

Attorney for Plaintiff Tiffany Fenters

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| TIFFANY FENTERS, | Case No. CV-F-05-1630 OWW DLB |
| Plaintiffs, | STIPULATION AND ORDER RE: TRIAL DATE |
| v. | |
| YOSEMITE CHEVRON; ABBCO INVESTMENTS, LLC; ROBERT ABBATE; GORDON SPENCER, FORMER DISTRICT ATTORNEY FOR THE COUNTY OF MERCED; MERLE WAYNE HUTTON, SUPERVISING INVESTIGATOR FOR THE OFFICE OF THE DISTRICT, ATTORNEY FOR THE COUNTY OF MERCED; THE COUNTY OF MERCED, CALIFORNIA; VICTOR K. FUNG, CPA; ERIN M. McILHATTON, CPA; CASSABON & ASSOCIATES; DOES 1-10, | Trial 9/23/2008<br>Pretrial Conference 8/11/2008 |
| Defendants. | |

TO THE HONORABLE COURT:

THE PARTIES, through their respective counsel, have stipulated to commence trial in this action on September 23, 2008. The parties request that the Court set a pretrial conference in late July or early August as its calendar permits, and in any event no later than August 20, 2008.

Respectfully submitted,

DATED: March 27, 2008

                    WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP


                    By:   /s/  James J. Arendt
                    James J. Arendt
                    Attorneys for Defendants, County of Merced, Gordon Spencer and Wayne Hutton

DATED: March 27, 2008

                    BURNHAM BROWN


                    By:   /s/  Andrew Shalauta
                    Andrew Shalauta
                    Attorneys for Defendants, Yosemite Chevron, Abbco Investments, LLC, and Robert Abbate

DATED: March 27, 2008

                    BETTS & WRIGHT


                    By:   /s/  Joseph D. Rubin

                    Joseph D. Rubin
                    Attorneys for Defendants, Victor Fung, Cassabon & Associates, LLP, and Erin McIlhatton

DATED: March 27, 2008


                    By:   /s/  Kevin G. Little
                    Kevin G. Little
                    Attorneys for Plaintiff Tiffany Fenters

A pretrial conference shall be held in this case August 18. 2008, at 11:00 a.m. in Courtroom 3 of the above captioned coourt.IT IS SO ORDERED.

**Dated:     April 8, 2008**                     **/s/ Oliver W. Wanger**
                                                                  UNITED STATES DISTRICT JUDGE