IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TIFFANY FENTERS, | ) | No. CV-F-05-1630 OWW/DLB |
| | ) | |
| | ) | ORDER DENYING PLAINTIFF'S |
| | ) | APPLICATION FOR EXTENSION OF |
| Plaintiff, | ) | TIME TO OPPOSE MOTIONS FOR |
| | ) | SUMMARY JUDGMENT (Doc. 159) |
| vs. | ) | |
| | ) | |
| YOSEMITE CHEVRON, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Defendants filed three separate motions for summary judgment in mid-December 2007.  On January 2, 2008, Plaintiff filed an application for an extension of time to file oppositions to these motions.  Plaintiff's application was orally granted at a hearing on January 4, 2008.  Plaintiff was expressly advised that no further extensions of time would be granted.  Plaintiff's counsel was directed to prepare the order.  (Doc. 150).  The written Order granting Plaintiff's application required Plaintiff's oppositions to the motions to be filed on or before April 18, 2008; Defendants' replies to be filed on or before May 2, 2008,

1

and the hearing to be conducted on May 12, 2008.  The Order specifically stated: "No further extensions of time will be granted."

On April 18, 2008 at 4:37 p.m., Plaintiff filed a second application for an extension of time to respond to the summary judgment motions.  Plaintiff requests a one-week extension, until April 25, 2008, to file the oppositions.  Plaintiff asserts:

> The preparation of said opposition [sic] requires plaintiff's counsel, a sole practitioner on medical work restriction, to sift through many hundreds of pages of deposition and criminal trial history and thousands of pages of documents in order to prepare an opposition that will be helpful to the Court.  Plaintiff's counsel underestimated the complexity of this task and the time necessary to complete an appropriate opposition and now simply cannot meet the current filing date.

Defendants have opposed Plaintiff's application.

Plaintiff's application for extension of time is DENIED.  Plaintiff was twice advised that no further extensions of time would be granted in this action.  This action was commenced on December 22, 2005.  Plaintiff's counsel was given ample time to prepare oppositions to the motions.  If granted, Plaintiff's requested extension will necessitate continuance of the hearing date of the motions until mid-June, 2008 in order to give the Court time to review the motions and prepare for the hearing.

Because Plaintiff's application for a further extension of time is denied, Plaintiff will not be permitted to present oral argument at the May 12, 2008 hearing on the motions. Rule 78-

1 **230(c), Local Rules of Practice.  Defendants' motions for summary**
2 **judgment will be reviewed and considered under the standards**
3 **governing resolution of such motions.**
4     IT IS SO ORDERED.
5 **Dated:   April 22, 2008**              /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE