IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TIFFANY FENTERS, | ) | No. CV-F-05-1630 OWW/DLB |
| | ) | |
| | ) | ORDER GRANTING PLAINTIFF'S |
| | ) | REQUEST FOR RECONSIDERATION, |
| Plaintiff, | ) | EXTENDING TIME FOR PLAINTIFF |
| | ) | TO FILE OPPOSITIONS TO |
| vs. | ) | MOTIONS FOR SUMMARY JUDGMENT |
| | ) | UNTIL MAY 15, 2008, AND |
| | ) | CONTINUING ORAL ARGUMENT ON |
| YOSEMITE CHEVRON, et al., | ) | MOTIONS FOR SUMMARY JUDGMENT |
| | ) | FROM MAY 12, 2008 TO MONDAY, |
| | ) | JULY 14, 2008 (Doc. 168) |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

By Order filed on April 24, 2008, Plaintiff's request for an extension of time to file oppositions to Defendants' motions for summary judgment, set for hearing on May 12, 2008, was denied.

On April 29, 2008, Plaintiff filed a "Plaintiff's Statement of Position Re: Submission of Summary Judgment Motions," (Doc. 168). Plaintiff's counsel, Kevin Little, also lodged "Plaintiff's Counsel's Confidential Declaration re: Request for Reconsideration of Order Denying Application for Extension of

1

Time."[1]

Mr. Little's confidential declaration has been reviewed. Based on his averments, it is apparent that Mr. Little's failure to timely file Plaintiff's oppositions to the motions for summary judgment as required by Court Orders was based to some extent by Mr. Little's medical extremis.  Because jury trial is not set to commence until September 23, 2008, the denial of Plaintiff's request for an extension of time to file oppositions to the motions for summary judgment is reconsidered.

Plaintiff shall file her oppositions to Defendants' respective motions for summary judgment no later than noon, Thursday, May 15, 2008.[2]  Defendants' replies, if any, shall be filed on or before Monday, June 9, 2008.  The May 12, 2008 hearing on the motions for summary judgment is continued to Monday, July 14, 2008 at 10:00 a.m.

Mr. Little is advised that *any* further failure in this action to timely comply with Court Orders or the Local Rules of Practice will result in the dismissal of this action as a sanction pursuant to Rule 41(b), Federal Rules of Civil Procedure.  No further extensions or continuances requested by Mr. Little will be granted under any circumstances and no untimeliness, even by one day, will be excused.  Mr. Little has

---

[1]It does not appear from the docket that Mr. Little's confidential declaration has been filed under seal.  Mr. Little shall immediately cause this declaration to be filed under seal for purposes of a complete record in this action.

[2]Mr. Little is reminded of the requirements of Rule 56-260(b), Local Rules of Practice, and ordered to comply with them.

been given repeated continuances in this and other actions; his personal and medical situations have been more than accommodated by the Court and opposing parties.  If it is necessary to protect the interest of his client, Mr. Little may associate counsel or obtain substitute counsel if he is unable to comply with Court-ordered deadlines.  However, the Court-ordered deadlines will not be continued if Mr. Little associates counsel or new counsel for Plaintiff is substituted.  Defendants have an equal right to have this case resolved on schedule without further delay.

IT IS SO ORDERED.

**Dated:  May 6, 2008**                           **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE

3