KEVIN G. LITTLE, SBN 149818
ATTORNEY AT LAW
2339 Kern Street, No. 330
Fresno, California 93721
Telephone: (559) 708-4750
E-mail: kevinglittle@yahoo.com

Attorney for Plaintiff Tiffany Fenters

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

* * *

| | |
|---|---|
| TIFFANY FENTERS,<br><br>    Plaintiffs,<br><br>v.<br><br>YOSEMITE CHEVRON; ABBCO INVESTMENTS, LLC; ROBERT ABBATE; GORDON SPENCER, FORMER DISTRICT ATTORNEY FOR THE COUNTY OF MERCED; MERLE WAYNE HUTTON, SUPERVISING INVESTIGATOR FOR THE OFFICE OF THE DISTRICT, ATTORNEY FOR THE COUNTY OF MERCED; THE COUNTY OF MERCED, CALIFORNIA; VICTOR K. FUNG, CPA; ERIN M. McILHATTON, CPA; CASSABON & ASSOCIATES; DOES 1-10,<br><br>    Defendants. | Case No. CV-F-05-1630 OWW DLB<br><br>PROPOSED ORDER re: SEALING OF CONFIDENTIAL DECLARATION OF KEVIN G. LITTLE IN SUPPORT OF APPLICATION REQUESTING REINSTATEMENT OF ACTION |

It is hereby ordered that the August 2, 2008 confidential declaration of counsel in this matter be ordered filed under seal.

Dated: August 7, 2008                    /s/ OLIVER W. WANGER
                                         Hon. Oliver W. Wanger
                                         United States District Judge

PROPOSED ORDER Re: SEALING OF CONFIDENTIAL
DECLARATION IN SUPPORT OF PLAINTIFF'S REQUEST FOR REINSTATEMENT