KEVIN G. LITTLE,  SBN 149818
ATTORNEY AT LAW
2339 Kern Street, No. 330
Fresno, California 93721
Telephone:  (559) 708-4750
E-mail: kevinglittle@yahoo.com

Attorney for Plaintiff Tiffany Fenters

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

* * *

| | | |
|---|---|---|
| TIFFANY FENTERS, | ) | Case No.  CV-F-05-1630 OWW DLB |
| | ) | |
| Plaintiffs, | ) | ORDER re: SEALING OF |
| | ) | CONFIDENTIAL DECLARATION OF |
| v. | ) | KEVIN G. LITTLE IN SUPPORT OF |
| | ) | APPLICATION REQUESTING |
| YOSEMITE CHEVRON; ABBCO | ) | REINSTATEMENT OF ACTION |
| INVESTMENTS, LLC; ROBERT ; | ) | |
| ABBATE; GORDON SPENCER, | ) | |
| FORMER DISTRICT ATTORNEY FOR | ) | |
| THE COUNTY OF MERCED; MERLE | ) | |
| WAYNE HUTTON, SUPERVISING | ) | |
| INVESTIGATOR FOR THE OFFICE | ) | |
| OF THE DISTRICT, ATTORNEY FOR | ) | |
| THE COUNTY OF MERCED; THE | ) | |
| COUNTY OF MERCED, CALIFORNIA; | ) | |
| VICTOR K. FUNG, CPA; ERIN M. | ) | |
| McILHATTON, CPA; CASSABON & | ) | |
| ASSOCIATES; DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

It is hereby ordered that the August 2, 2008 confidential declaration of counsel in this

matter be ordered filed under seal.

Dated: August 7, 2008                    /s/ OLIVER W. WANGER
                                          Hon. Oliver W. Wanger
                                          United States District Judge