## DECLARATION OF JOHN BETTENCOURT

The undersigned, John Bettencourt, hereby declares under penalty of perjury as follows:

1. I am a certified public accountant. My current curriculum vitae has been provided separately.

2. I have been retained on behalf of plaintiff Tiffany Fenters in this proceeding.

3. My opinions regarding the accounting aspects of this case are set forth in detail in my testimony in the criminal case, <u>People v. Tiffany Fenters</u>, which I incorporate herein by reference. Those opinions remain unchanged. I based those opinions on a review of the accounting materials provided and made available by the prosecution in the underlying criminal case. I reviewed those materials at length, and I understand that my related work product has also been produced by plaintiff's counsel.

4. The spreadsheet provided by defendant Robert Abbate is indicative of false, fabricated and misleading work product for the reasons previously stated in my trial testimony and as reflected in my work product. The accounting work by defendants Cassabon & Associates and Victor Fung is also indicative of false, fabricated and/or misleading work product for the reasons largely expressed in my trial testimony and reflected in my work product. The defendants' accounting work in not merely substandard or negligent but instead is reflective of false, fabricated, and/or misleading work.

5. If called to testify, I could truthfully and competently testify consistent with the foregoing.

In Modesto, California this 16th day of November 2007.

/s/ John Bettencourt
John Bettencourt