1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                   EASTERN DISTRICT OF CALIFORNIA

8

9   TIFFANY FENTERS,                    )    1:05-cv-1630 OWW DLB
                                        )
10                 Plaintiff,           )    ORDER SCHEDULING PENDING
                                        )    SUMMARY JUDGMENT MOTIONS
11       v.                             )
                                        )
12  YOSEMITE CHEVRON, et al.,           )
                                        )
13                 Defendants.          )
                                        )
14  _____)

15

16  I.   Date of Scheduling Conference.

17       December 3, 2008.

18  II.  Appearances Of Counsel.

19       Kevin Little, Esq., appeared on behalf of Plaintiff.

20       Andrew Shalauta, Esq., appeared on behalf of Defendants Bob

21  Abbate and Abbco Investments.

22       Weakley, Ratliff, Arendt & McGuire by James J. Arendt, Esq.,

23  appeared on behalf of Defendant County of Merced, Gordon Spencer

24  and Wayne Hutton.

25       Betts & Wright by Joseph D. Rubin, Esq., appeared on behalf

26  of Defendant Victor K. Fung and Cassabon & Associates.

27  III.  Schedule for Pending Summary Judgment Motions.

28       1.   After review of the parties' respective positions, it

                                1

1   **has been determined that the following schedule is adopted for**

2   **hearing of the pending summary judgment motions: Defendants'**

3   **reply shall be filed on or before February 6, 2009.  The hearing**

4   **is scheduled for March 2, 2009, at 10:00 a.m. in Courtroom 3.**

5

6   IT IS SO ORDERED.

7   **Dated:    December 3, 2008**                            **/s/ Oliver W. Wanger**
                                                    UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28