IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TIFFANY FENTERS, | ) | No. CV-F-05-1630 OWW/DLB |
| | ) | |
| | ) | ORDER GRANTING PLAINTIFF'S |
| | ) | REQUEST FOR CONTINUANCE OF |
| Plaintiff, | ) | HEARING ON MOTIONS FOR |
| | ) | SUMMARY JUDGMENT (Doc. 206) |
| vs. | ) | AND CONTINUING HEARING FROM |
| | ) | MARCH 23, 2009 TO MONDAY, |
| | ) | APRIL 13, 2009 AT 10:00 A.M. |
| YOSEMITE CHEVRON, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

Considering Plaintiff's request for continuance of the
hearing on Defendants' motions for summary judgment and the
Abbate Defendants' opposition thereto, oral argument on
Defendants' motions for summary judgment is continued from March
23, 2009 to Monday, April 13, 2009 at 10:00 a.m.


IT IS SO ORDERED.

Dated:   February 27, 2009           /s/ Oliver W. Wanger
                                 UNITED STATES DISTRICT JUDGE

1