# IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TIFFANY FENTERS,** | No. CV-F-05-1630 OWW/DLB |
| Plaintiff, | ORDER DIRECTING PARTIES TO BE PREPARED TO DISCUSS CASE AT HEARING ON MOTIONS FOR SUMMARY JUDGMENT |
| vs. | |
| **YOSEMITE CHEVRON, et al.,** | |
| Defendants. | |

The parties are ordered to be prepared to discuss at the hearing on the motions for summary judgment, *Bielanski v. County of Kane*, 550 F.3d 632, 642-643 (7th Cir.2008), where the Seventh Circuit held:

> [W]e have stated that the Fourth Amendment 'drops out of the picture following a person's initial appearance in court.' *Hernandez v. Sheahan*, 455 F.3d 772, 777 (7th Cir.2006). The travel restrictions and the meeting with the probation officer were restrictions imposed by a judge once Bielanski appeared in court, and so a Fourth Amendment claim against these defendants cannot stand. In short, Bielanski has failed to allege a seizure (continuing or otherwise)

**by these defendants and thus has no claim under the Fourth Amendment.**

IT IS SO ORDERED.

**Dated: April 6, 2009**     **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE