KEVIN G. LITTLE, SBN 149818
ATTORNEY AT LAW
6083 N. Figarden Drive, No. 188
Fresno, California 93722
Telephone: (559) 708-4750
E-mail: kevinglittle@yahoo.com

Attorney for Plaintiff Tiffany Fenters

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

* * *

| | |
|---|---|
| TIFFANY FENTERS, ) | Case No. CV-F-05-1630 OWW DLB |
| ) | |
| Plaintiffs, ) | PLAINTIFF'S REQUEST TO |
| ) | EXCUSE FAILURE TO RESPOND |
| v. ) | TIMELY TO COUNTY DEFENDANTS' |
| ) | REQUESTS FOR ADMISSIONS |
| YOSEMITE CHEVRON; ABBCO ) | |
| INVESTMENTS, LLC; ROBERT ; ) | Hearing Date: Submitted |
| ABBATE; GORDON SPENCER, ) | Hearing Time: Submitted |
| FORMER DISTRICT ATTORNEY FOR ) | Courtroom: 3 |
| THE COUNTY OF MERCED; MERLE ) | The Hon. Oliver W. Wanger |
| WAYNE HUTTON, SUPERVISING ) | |
| INVESTIGATOR FOR THE OFFICE ) | |
| OF THE DISTRICT, ATTORNEY FOR ) | |
| THE COUNTY OF MERCED; THE ) | |
| COUNTY OF MERCED, CALIFORNIA; ) | |
| VICTOR K. FUNG, CPA; ERIN M. ) | |
| McILHATTON, CPA; CASSABON & ) | |
| ASSOCIATES; DOES 1-10, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

TO THE HONORABLE COURT:

Plaintiff Tiffany Fenters, through her undersigned counsel, hereby submits this request to have her failure to respond timely to the requests for admissions propounded by defendants Gordon Spencer, Merle Wayne Hutton, and the County for Merced excused on the basis of

1 inadvertence for purposes of the pending summary judgment motions.  The County
2 defendants' October 26, 2007 requests for admissions and plaintiff's April 24, 2008 responses
3 were attached to the plaintiff's summary judgment opposition as Exhibit D thereto.

4       The plaintiff requests that her belated responses be excused because her counsel was
5 required to hastily move from his former office, located at 2115 Kern Street, Suite 330, Fresno,
6 California 93721, at the end of October 2007 and simply was never put on notice that the
7 subject admission requests had been served until they were presented as an exhibit to the
8 County defendants' summary judgment motion. Plaintiff's counsel suspects that the unopened
9 mailing containing the subject admissions requests may have been inadvertently misplaced
10 during the course of his move, and assures the Court that his failure to respond timely on
11 behalf of the plaintiff was only inadvertent.  Indeed, plaintiff has timely and sufficiently
12 responded to more than a dozen discovery requests in this action without any motions to
13 compel being filed, so there is no inference that her failure to respond any earlier was in any
14 way intentional or sanctionable, much less to the extent sought by the County defendants.

15       Legal authority supports the plaintiff's request to have the belatedness of her admission
16 responses excused.  There is no showing that the County defendants were prejudiced by the
17 admissions being responded to belatedly, in the sense that witnesses or evidence has become
18 unavailable, or that the subject matter of the admissions requests was not also the subject
19 matter of other discovery.  See Gallegos v. City of Los Angeles, 308 F.3d 987, 993 (9th cir.
20 2002); Sonada v. Cabrera, 255 F.3d 1035, 1039 (9th Cir. 2001).  Moreover, the evidence
21 submitted in connection with the pending summary judgment motion shows that the plaintiff
22 contests the various admission requests and has evidence supporting her belated denials of
23 these requests.  Courts have broad discretion in ruling on motions to withdraw admissions and
24 should be reluctant to deny such requests when the final disposition of the case could then
25 result from mere discovery noncompliance rather than the merits.  See ADM Agri-Industries,
26 Ltd. v. Harvey, 200 F.R.D. 467 (M.D.Ala. 2001); Nguyen v. CNA Corp., 44 F.3d 234, 236 (4th
27 Cir. 1995); Rohman v. Chemical Leaman Tank Lines, Inc., 923 F.Supp. 42, 46 (S.D.N.Y.
28 1996).  For all of these reasons, the Court should excuse the belatedness of the plaintiff's

1  responses to the County defendants' request for admissions for purposes of the pending
2  motion.

3  Date: May 4, 2009           By:    /s/  Kevin G. Little
                                      Kevin G. Little
4                                     Attorneys for Plaintiff Tiffany Fenters

<u>Supporting Declaration of Counsel</u>

The undersigned, Kevin G. Little, hereby declares under penalty of perjury as follows:

1. I am the attorney of record for the plaintiff in this action.

2. The factual representations made in the accompanying request are true and correct to the best of my knowledge. Particularly, I was required to move with minimal notice from my prior office in late October 2007, and had vacated said premises before November 1, 2007. I do not ever recall seeing or being aware of the subject admission requests until they were presented as part of the County defendants' motion for summary judgment. I suspect that the unopened envelope containing the subject requests may have been misplaced during my hasty move. However, I can assure the Court that I did not intentionally refuse to timely respond to said requests on plaintiff's behalf.

3. If called as a witness, I could truthfully testify as to the foregoing.

Date: May 4, 2009          By:   /s/ Kevin G. Little
                                 Kevin G. Little