IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TIFFANY FENTERS, | ) | No. CV-F-05-1630 OWW/DLB |
| | ) | |
| | ) | ORDER VACATING MINUTE ORDER |
| | ) | SETTING PLAINTIFF'S MOTION |
| Plaintiff, | ) | TO BE RELIEVED FROM DEEMED |
| | ) | ADMISSIONS FOR HEARING |
| vs. | ) | BEFORE MAGISTRATE JUDGE BECK |
| | ) | ON JUNE 5, 2009 (Doc. 217) |
| | ) | AND DIRECTING COUNTY |
| YOSEMITE CHEVRON, et al., | ) | DEFENDANTS TO FILE RESPONSE |
| | ) | TO MOTION |
| | ) | |
| Defendants. | ) | |
| | ) | |

One of the issues discussed at the April 21, 2009 hearing on Defendants' motions for summary judgment was whether Plaintiff could be relieved from her untimely responses to the County Defendants' requests for admission. The motions for summary judgment were taken under submission. On May 4, 2009, Plaintiff filed a motion to be relieved from the deemed admissions. On May 11, 2009, Magistrate Judge Beck issued a minute order setting Plaintiff's motion for hearing before Magistrate Judge Beck on June 5, 2009.

1

Because the issue is already pending before the Court in connection with the motions for summary judgment, the Court vacates the May 11, 2009 minute order.  The County Defendants are ordered to file a response to Plaintiff's motion to be relieved from the deemed admissions within 15 days of the filing date of this Order.  Plaintiff's reply, if any, shall be filed within five days thereafter.  All further proceedings on this motion will be by order of the Court.

IT IS SO ORDERED.

Dated: __May 13, 2009__        __/s/ Oliver W. Wanger__
UNITED STATES DISTRICT JUDGE