KEVIN G. LITTLE,  SBN 149818
ATTORNEY AT LAW
6083 N. Figarden Drive, No. 188
Fresno, California 93722
Telephone:  (559) 708-4750
E-mail: kevinglittle@yahoo.com

Attorney for Plaintiff Tiffany Fenters

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

* * *

| | |
|---|---|
| TIFFANY FENTERS, | Case No.  CV-F-05-1630 OWW DLB |
| Plaintiffs, | ORDER RE: |
| | JANUARY 10, 2011 STATUS |
| v. | AND TRIAL SETTING CONFERENCE |
| YOSEMITE CHEVRON; ABBCO INVESTMENTS, LLC; ROBERT ; ABBATE; GORDON SPENCER, FORMER DISTRICT ATTORNEY FOR THE COUNTY OF MERCED; MERLE WAYNE HUTTON, SUPERVISING INVESTIGATOR FOR THE OFFICE OF THE DISTRICT, ATTORNEY FOR THE COUNTY OF MERCED; THE COUNTY OF MERCED, CALIFORNIA; VICTOR K. FUNG, CPA; ERIN M. McILHATTON, CPA; CASSABON & ASSOCIATES; DOES 1-10, | |
| Defendants. | |

On January 10, 2011, a status and trial setting conference was held in the above-captioned proceeding.  Counsel for all parties appeared telephonically.

During the conference, the Court ordered as follows:

1.    Plaintiff's objections to the proposed orders filed by the Merced County and Cassabon defendants (Doc. Nos. 231. 233) are sustained.  The Court will not

_____
ORDER

1    at this point enter judgment in this multi-party action, and the issue of costs is

2    not properly before the Court.

3        2.    Trial concerning the remaining claims and parties, i.e., the plaintiff and the

4    Abbate defendants, will commence on June 14, 2011, at 9:00 a.m.  A pretrial

5    conference is set for May 2, 2011 at 11:00 a.m.

6

7

8

9

10

11                        IT IS SO ORDERED.

12

13  Dated:    January 11, 2011                  /s/ Oliver W. Wanger

                                        UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28