James J. Arendt, Esq.          Bar No. 142937

WEAKLEY & ARENDT, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California   93710
Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, County of Merced, Gordon Spencer,
and Merle Wayne Hutton

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY FENTERS | CASE NO.  1:05-CV-01630 OWW DLB |
| Plaintiffs | |
| vs. | **ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND JUDGMENT** |
| YOSEMITE CHEVRON, ABBCO INVESTMENTS, LLC; ROBERT ABBATE; GORDON SPENCER, DISTRICT ATTORNEY FOR THE COUNTY OF MERCED; MERLE WAYNE HUTTON, SUPERVISING INVESTIGATOR FOR THE COUNTY OF MERCED, THE COUNTY OF MERCED, CALIFORNIA, VICTOR K. FUNG, CPA; ERIN M. McILHATTON, CPA; CASSABON & ASSOCIATES; DOES 1-10, | **[FRCP 56; Local Rule 56-260]** |
| Defendants. | |

The motions for summary judgment, or alternatively, summary adjudication, filed by Defendants COUNTY OF MERCED, GORDON SPENCER and MERLE WAYNE HUTTON ("County defendants"), and Defendants VICTOR FUNG and CASSABON & ASSOCIATES, LLP ("Cassabon defendants"), came on for hearing on April 21, 2009.  The County defendants were represented by attorney James J. Arendt.  The Cassabon defendants were represented by attorney Joseph Rubin.  Plaintiff TIFFANY FENTERS was represented by attorney Kevin G. Little.

After considering the moving and opposition papers, arguments of counsel and all other matters presented to the Court, as detailed in the Court's *Memorandum Decisions* (Doc.'s 227 and 228), referred to and incorporated herein by reference,

IT IS HEREBY ORDERED that the motions for summary judgment by the County

---

Order Granting County Defendants'
Motion for Summary Judgment

defendants and the Cassabon defendants, are granted.

    The clerk of this Court is directed to enter judgment in favor of the County defendants and the Cassabon defendants and against plaintiff TIFFANY FENTERS.  It is further ordered that the County defendants and the Cassabon defendants are entitled to recover their costs.

**IT IS SO ORDERED.**

DATED: June 3, 2011

                                       /s/ OLIVER W. WANGER
                                       United States District Court Judge