KEVIN G. LITTLE, SBN 149818
ATTORNEY AT LAW
1099 E. Champlain Drive, Suite A-124
Fresno, California 93720
Telephone: (559) 708-4750
E-mail: kevinglittle@yahoo.com

Attorney for Plaintiff Tiffany Fenters

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| TIFFANY FENTERS,                ) | Case No. 1:05-cv-01630 OWW DLB |
|                                 ) | |
| Plaintiffs,           ) | REQUEST FOR DISMISSAL; ORDER |
|                                 ) | |
| v.                              ) | |
|                                 ) | |
| YOSEMITE CHEVRON; ABBCO         ) | |
| INVESTMENTS, LLC; ROBERT ;      ) | |
| ABBATE,                         ) | |
|                                 ) | |
| Defendants.          ) | |
| _____) | |

TO THE HONORABLE COURT:

Consistent with the terms of their settlement and in accordance with Federal Rule of Civil Procedure 41(a)(2), the parties hereby stipulate to dismiss this action with prejudice as to them, with the parties to bear their own costs and fees.

Dated: June 11, 2011             /s/ Kevin G. Little
                                 Kevin G. Little
                                 Attorney for Plaintiff Tiffany Fenters

Dated: June 11, 2011             /s/ Andrew L. Shaulata
                                 Andrew L. Shaulata
                                 BURNHAM BROWN
                                 Attorneys for Defendants Yosemite Chevron, ABBCO Investments, LLC, and Robert Abbate

_____
REQUEST FOR DISMISSAL

1  IT IS SO ORDERED.

2  **Dated:    June 13, 2011**              **/s/ Oliver W. Wanger**
3                                            UNITED STATES DISTRICT JUDGE

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

_____
REQUEST FOR DISMISSAL                    -2-