1  **BETTS & RUBIN, A Professional Corporation**
   Attorneys at Law
2  907 Santa Fe Avenue, Suite 201
   Fresno, California 93721
3  Telephone: (559) 438-8500
   Facsimile:  (559) 438-6959
4
   James B. Betts (State Bar #110222)
5  Joseph D. Rubin (State Bar #149920)

6  Attorneys for Defendants VICTOR FUNG and CASSABON & ASSOCIATES, LLP

7                        UNITED STATES DISTRICT COURT

8                        EASTERN DISTRICT OF CALIFORNIA

9

10

11 TIFFANY FENTERS; DEBRA FENTERS;  )  Case No. 1:05-cv-01630 OWW DLB
    VIRGIL FENTERS,                 )
12                                  )  STIPULATION FOR NOTICE OF
                    Plaintiffs,     )  WITHDRAWAL OF BILL OF
13                                  )  COSTS FOR WAIVER OF RIGHT
         v.                         )  TO APPEAL; ORDER
14                                  )
    YOSEMITE CHEVRON; ABBCO         )
15  INVESTMENTS, LLC; ROBERT ABBATE;)
    JAMES ABBATE; JOHN ABBATE;      )
16  GORDON SPENCER, DISTRICT        )
    ATTORNEY FOR THE COUNTY OF      )
17  MERCED; MARK BACCIARINI, DEPUTY )
    DISTRICT ATTORNEY FOR THE       )
18  COUNTY OF MERCED; MERLE WAYNE   )
    HUTTON, SUPERVISING             )
19  INVESTIGATOR FOR THE OFFICE OF  )
    THE DISTRICT ATTORNEY FOR THE   )
20  COUNTY OF MERCED; THE COUNTY    )
    OF MERCED, CALIFORNIA; VICTOR K.)
21  FUNG, CPA; ERIN M. MCILHATTON,  )
    CPA; CASSABON & ASSOCIATES;     )
22  DOES 1-10,                      )
                                    )
23                  Defendants.     )
    _____)

24       IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiff Tiffany

25  Fenters and Defendants Victor Fung and Cassabon & Associates, LLP, by and through

26  their counsel of record, that:

27  ////

28

Withdrawal

1    Defendants Victor Fung and Cassabon & Associates, LLP hereby withdraw their Bill of Costs that was filed in this case on June 15, 2011 in lieu of Plaintiff Tiffany Fenters' not pursuing any appeal of the underlying judgment of June 7, 2011 against the Cassabon Defendants.

Dated: June 17, 2011            BETTS & RUBIN

                                /s/   Joseph D. Rubin
                                Joseph D. Rubin, Esq.
                                Attorney for Defendants Victor Fung, Cassabon &
                                Associates, LLP


Dated:   June 17, 2011          LAW OFFICE OF KEVIN G. LITTLE

                                /s/   Kevin G. Little
                                Kevin G. Little, Esq.
                                Attorney for Plaintiff Tiffany Fenters


**ORDER**

IT IS SO ORDERED.

**Dated:   June 17, 2011**            /s/ Oliver W. Wanger
                                      UNITED STATES DISTRICT JUDGE