James J. Arendt, Esq.   Bar No. 142937

THE LAW FIRM OF
WEAKLEY & ARENDT, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California 93710

Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, COUNTY OF MERCED, GORDON SPENCER, AND MERLE WAYNE HUTTON

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TIFFANY FENTERS<br><br>    Plaintiffs<br><br>vs.<br><br>YOSEMITE CHEVRON, et. al.,<br><br>    Defendants. | CASE NO. 1:05-CV-01630 OWW DLB<br><br>**STIPULATION FOR NOTICE OF WITHDRAWAL OF BILL OF COSTS FOR WAIVER OF RIGHT TO APPEAL; ORDER** |

    IT IS HEREBY STIPULATED, by and between Plaintiff TIFFANY FENTERS and Defendants COUNTY OF MERCED, GORDON SPENCER, and MERLE WAYNE HUTTON, by and through their counsel of record, that:

    Defendants COUNTY OF MERCED, GORDON SPENCER, and MERLE WAYNE HUTTON, hereby withdraw their Bill of Costs that was filed on June 20, 2011 (Doc. 272), in lieu of Plaintiff TIFFANY FENTERS not pursuing any appeal of the underlying judgment of June 7,

///
///
///
///
///
///
///

Stipulation and Order

2011, in favor of Defendants COUNTY OF MERCED, GORDON SPENCER, and MERLE WAYNE HUTTON.

DATED: June 23, 2011

          WEAKLEY & ARENDT, LLP

          By: /s/ James J. Arendt
          James J. Arendt
          Attorneys for Defendants, County of Merced, Gordon Spencer and Wayne Hutton

DATED: June 23, 2011

          LAW OFFICE OF KEVIN G. LITTLE

          By: /s/ Kevin G. Little
          Kevin G. Little
          Attorneys for Plaintiff Tiffany Fenters

**ORDER**

IT IS SO ORDERED.

**Dated:  June 27, 2011**        /s/ Oliver W. Wanger
                                           UNITED STATES DISTRICT JUDGE